IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                               Case No. 4:21-CR-00250-01-LPR

**CHRISTOPHER HALL**                                                                         **DEFENDANT**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. 61) is DENIED.

Applying retroactive Guidelines Amendment 821 does not change Defendant's applicable guideline range. Although his criminal history score goes from 17 to 16, his criminal history category and sentencing range remain the same.[1]

IT IS SO ORDERED this 28th day of March, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").